Joseph "Joe" FINK, Appellant,

v.

John A. CELLETTI et al., Appellee.

Supreme Court of Kentucky.

May 19, 1981.

### OPINION AND ORDER REVERSING

It is the opinion of this court that the plain meaning of KRS 61.070 when con-

strued as KRS 446.130 requires us to construe it is that no person while serving as a member of a state administrative board or commission, including the State Real Estate Commission, can become a candidate for public office. The judgment of the trial court is therefore reversed with directions that a new judgment be entered in conformity with this opinion.

Whether KRS 61.070 applies to members of state administrative boards and commissions serving *ex officio*, by virtue of holding other office, is a question we do not decide.

PALMORE, C. J., and AKER, LUKOWSKY, STEPHENS and STEPHENSON, JJ., concur.

STERNBERG, J., dissents.

ENTERED May 19, 1981.

/s/John S. Palmore
Chief Justice